IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LORETHA GOODGAME,              )<br>                                )<br>     Plaintiff,                 )<br>                                )<br>     v.                         )<br>                                )<br>CREDIT ACCEPTANCE              )<br>CORPORATION and ALLSTAR        )<br>RECOVERY, LLC,                 )<br>                                )<br>     Defendants.                ) | CIVIL ACTION NO.<br>2:19cv241-MHT<br>(WO) |

**JUDGMENT**

Upon consideration of the joint motion to dismiss all claims (doc. no. 12), it is ORDERED that the motion is granted, and this lawsuit is dismissed in its entirety with prejudice, with costs taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 15th day of January, 2020.

                                          /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE